3:17cv1614 (AWT)

FILED
2017 SEP 25 PM 3 09
U.S. DISTRICT COURT
NEW HAVEN, CT.

Leroy Harris

v.

Dr. Figura
Nurse Supervisor, Ms. Knight
Nurse Jeff
Officer Kudzal
(first name unknown)
and utilization review committee
and others as of yet unknown,
hereby designated as John Doe
defendants 1-25.

## Complaint

This is a civil rights complaint filed by Leroy Harris, an inmate at the Corrigan Correctional Institution, for compensatory damages and injunctive relief, under 42 U.S.C. 1983, and such other state and federal laws as may be applicable, for denial of medical treatment and discrimination in violation of the Eighth and Due process clause of the Fourteenth Amendments to the constitution of the United States

## Parties

1. Leroy Harris, Plaintiff is a citizen of the United States who resides in Connecticut.

2. Defendants, Dr. Figura, nurse supervisor ms. Knight, nurse Jeff, and Officer Kudzal and others as of yet unknown are employees of the State of Connecticut and its agencies including the Department of Corrections and the University of Connecticut Health Center. Who, acting in their official and individual capacities, interfered with and violation plaintiff rights and privileges of laws in conflict with the laws and constitution of the United States and the laws of the State of Connecticut. All defendant are sued in both their individual and official capacities.

## Facts

3. On June 16, 2016, the plaintiff was transferred from the MacDougall Correctional Institution to the Corrigan Correctional Institution. Upon arrival the plaintiff was directed to the AP room, intake waiting cell, while the AP room officer searched plaintiff's property.

(2)

upon officer Kudzal completion of seach of plaintiff property, officer Kudzal return to the waiting cell with a cn 61002 inmate property status and receipt indicating that (he) officer Kudzal had take the following from plaintiff property: 1 Thermal top corhartt, 1 shorts cut off sweat pants, and 1 coaxial cable white. plaintiff said "I could understand you taking the corhartt and the cut off sweat pants, but the coaxial cable why that? and officer Kudzal replied, "because its white." plaintiff response "I brought it from commissary." officer Kudzal replied, "I've never seen one its contraband".

At this time officer Kudzal ordered plaintiff to ~~strip~~ strip plaintiff was sitting and bent down to untie his sneakers and removed his socks, hand them to officer Kudzal as he seached them and put it on the bench, then ordered plaintiff to remove the orange prison jumper and underwear, plaintiff did, he seached it and put them on the bench. now plaintiff is standing completely unclothes and he, officer Kudzal looks at plaintiff and states "What are those!!!" pointing at plaintiff knees plaintiff replied, "hinged knee braces."

③

which plaintiff was wearing. Officer Kudzal states, "I got to see your legs." Plaintiff said, "you cant see my legs I'm naked". Officer Kudzal said, "you have to take them off pointing to the hinged knee braces so I can see your legs". Plaintiff sat down and removed the braces. Office Kudzal then ordered plaintiff to hand him the hinged knee braces which I did. Then officer Kudzal turn around and walked out of the intake waiting cell. About 15 minutes later officer Kudzal return without plaintiff hinged knee braces. Plaintiff asked "were is the hinged knee braces". Officer Kudzal replied, "I need to check them out". Plaintiff stated, "I need them pointing at his legs and cane." Officer Kudzal replied, "I dont care." Plaintiff said, "you dont care I need them." Officer Kudzal stated again, "I dont care."

4. On June 17th, 2016, the plaintiff wrote an inmate request form CN 9601, to medical department explaining the situation with plaintiff medical condition and reiterating the incident

④

about what had occurred yesterday in the intake waiting cell with officer Kudzal concerning plaintiff hinged knee braces.

5. On June 18th 2016, the plaintiff had not received any response from the medical department about request.

6. On June 19th, 2016, the plaintiff wrote another inmate request form cn 9601, to medical department's nurse supervisor Ms. Knight again explaining the situation and what had transpired in the intake waiting cell with officer Kudzal regarding plaintiff hinged knee braces and officer Kudzal comments about plaintiff condition. "I don't care". when he took the hinged knee braces.

7. On June 20th 2016, the plaintiff wrote an inmate request form cn 9601, to the American with Disabilities liasion explaining the situation and plaintiff condition and that plaintiff is disabled ADA, and explained what had just happened in the intake waiting cell with officer Kudzal.

(5)

8. On June 22nd, 2016, the plaintiff filed a inmate administrative remedy grievance form CN 9602 about what had happen in the intake waiting cell with officer Kudzal regarding plaintiff's accommendations for plaintiff serious medical needs, reiterating the comments that were made in the grievance, with the hopes of getting the situation resolved, but nothing happen.

9. On June 28th, 2016, the plaintiff spoke with duty warden Martin as he toured H-unit and explained the situation and all of the steps plaintiff taken to try to get the situation resolved, as plaintiff stood there with his cane, duty warden Martin looked at plaintiff's legs and said "I'll take care of this (referring to the hinged knee braces) then duty warden Martin walked to the H-unit control area got on the telephone to medical, then duty warden Martin, said "I told you I will take care of it, and I did, you have to go down to medical right now." (plaintiff thought he was going to

⑥

medical to receive his hinged knee braces) plaintiff went down to medical and nurse Jeff was there. nurse Jeff called plaintiff to the treatment room and ask plaintiff, what is the problem?, plaintiff explained the situation to nurse Jeff, about ▓ has hinged knee braces was taken in the intake waiting cell, and as he nurse Jeff is aware I need them and had them over 16 years. plaintiff was told by nurse Jeff, plaintiff is going to see the doctor. But she the doctor according to nurse Jeff was not there at the time which was 9:45 am. but she the doctor according to nurse Jeff, would be there at 1:00 pm. nurse Jeff told plaintiff "I will call you back down at 1:00 pm. and the doctor will be here".

At 1:00 pm. plaintiff was called down to medical were plaintiff once again seen nurse Jeff, at this time nurse Jeff informed plaintiff that plaintiff had been given a corrigan correctional institution pass that said, has permission from medical to have a cane (that plaintiff already had over 20 years) they gave plaintiff an expiration date 6-28-16 thou 6-28-17.

⑦

and Corrigan correctional institution pass that said, has permission from medical to have a bottom bunk (that plaintiff already had over 20 years) they gave plaintiff an expiration date 6-28-16 thou 6-28-17.

Nurse Jeff then hand plaintiff two passes, and plaintiff, said to, nurse Jeff "were is the doctor because I need to see her to get my plaintiff's hinged knee braces situation stroighten out" and nurse Jeff replied, "she is not here, she's out".

10. mid July 2016, the plaintiff had been waiting to here back from the american with disabilities liasion, from the grievance administrative remedy, and here back from nurse supervisor Ms Knight concernin the same but still had not recewed any response. Plaintiff contacted the inmate's Legal Aid Program spoke with attorney Paradis and explained the situation about what had happened with plaintiffs in the intake waiting cell regarding plaintiff hinged knee braces and about officer Kudzal and his comments, and that plaintiff is ADA and is ambulant with a limp and walks with the use of a cane, and need his braces.

⑧

11. In around the last week of July 2016, the plaintiff spoke with warden Santiago, as he toured H-unit about the situation with his hinged knee braces and about what had happened in the intake waiting cell with officer Kudzal and his comments, and plaintiff also mentioned the situation with the facilities american with disabilities liasion, explained to him that I wrote to the facilities liasion, a request and droped it in the U.S. mail box, address to the facility liasion and had not gotten any reply. Plaintiff asked warden Santiago "Who is the ADA American with Disabilities Act, liasion here in the facility?" warden Santiago said, "I'll get back to you." plaintiff had not heard from him since.

12. In October 2016, the plaintiff spoke with duty warden Zegarzewski about the situation with his hinged knee braces and what had happened in the intake waiting cell with officer Kudzal and his comments, and all the steps that plaintiff has taken to get the situation resolved and plaintiff was told by duty warden Zegarzewski. "I would look into it."

(9)

plaintiff ask duty warden Zegarzewski, "Should I write to you regards the situation as a reminder" duty warden Zegarzewski said, "He will take care of it, give him a couple of weeks."

The following month, the plaintiff seen duty warden Zegarzewski touring and inquired as to the status of the situation with his hinged knee braces, duty warden Zegarzewski replied, "I sent two E-Mails to nurse supervisor Ms. Knight, I am waiting for her response." plaintiff has not heard nothing since.

13. On March 20th, 2017, the plaintiff was told by H-unit control officer that medical want to see him. At medical plaintiff was seen by nurse practitioner Cindy about the situation that happen with the hinged knee braces in the intake waiting cell in the AP room, nurse practitioner Cindy called down to the AP room inquiring about where is plaintiff hinge knee braces because medical here at the

Corrigan correctional institution has never seen them. And the response from the AP room to her was that they were thrown out, discarded. Nurse practitioner Cindy examined the plaintiff and look at the legs and ordered xrays.

14. On Mach 23rd, 2017, xrays were taken of the plaintiff right hip and knee.

15. On June 12th, 2017, the plaintiff was called down to medical to see nurse practitioner Cindy and at this time nurse practitioner Cindy told plaintiff that his leg was bending inward when he walked and informed plaintiff that she had submitted a request to the utilization review committee (URC) for special xrays to be taken because the Corrigan CI don't have the equipment to do the re-alignment xrays. They have to be done at UConn.

(11)

16. On July 6th, 2017, the plaintiff was called down to medical and was seen (for the first time after a year) by doctor figura who is the facility primary care physician. Doctor Figura examined plaintiff and vital signs were taken. Dr figura ask plaintiff what is the problem, plaintiff explained the situation about what had happen in the intake waiting cell with officer Kudzal taking the hinge knee braces, and about officer Kudzal comments, regarding plaintiff condition. Dr figura called down to the AP room to see where is the hinged knee braces because no one at medical had not seen them, and was told by the AP officer that they were discarded.

   Dr. figura prescribed an amlodipine for plaintiff because his blood pressure was high do to the heavy stress and anxiety plaintiff suffers from circumstance surrounding his braces and his physical condition, its a lot of stress on plaintiff hip and right knee with out the braces because the braces kept plaintiff knee from collapsing and in place, so without it plaintiff leg is alway displaced.

(12)

17. On April 11th, 2017, the plaintiff received a letter from attorney Paradis, thanking the plaintiff for contacted inmate's Legal Aid program, and request Doc to send plaintiff records, medical, and for plaintiff to sign medical release Authorization form. Then informed plaintiff that a call was scheduled on April 25, 2017, at 10:40 am.

18. On August 2nd, 2017, the plaintiff received a legal call from inmate's legal aid program in regards to plaintiff's situation and mrs. Cortese explained to plaintiff that she had replaced attorney Paradis who was plaintiff previous case file attorney and she mrs Cortese understand the situation and was on the case, but in the meantime plaintiff can file a federal law suit.

19. On August 28th, 2017, the plaintiff was called down to medical again to see doctor a second time Dr Figura examined plaintiff vital sign and told plaintiff that his blood pressure is still high, to continue to take the amodipine

(13)

then Dr. Figuro gave plaintiff a peck flow test and checked plaintiff lungs, gave an inhaler because plaintiff has respiratory problems do to plaintiff (COPD) doctor figuro said plaintiff will see her in a couple of weeks to receive an other inhaler with a different type of medicine. Plaintiff has a long standing history of right leg injuries during his incarceration plaintiff has a cane to assist him walking and has been given a medical pass to have in cell bottom bunk. The plaintiff seeks redress for violation of his civil rights stemming from improper treatment and care for has serious medical condition. And for violation of title II of the american disabilities act and for violation of section 504 of the rehabilitation act of 1973. The plaintiff maintains that his federal constitutional right to be free from cruel and unusual punishment has been violated by defendant's improper and/or failure to follow through with appropriate and necessary medical treatment, and/or the

medical department failure to properly see to the appropriate treatment of plaintiff.

The plaintiff wear a hinge knee braces for years and is currently under Dr. observation for wobbling and dislocated right knee. The defendants failure to provide the plaintiff with the necessary and the appropriate hinge knee braces and causing plaintiff pain and suffering constitute violation of plaintiff right under the Eighth and Fourteenth Amendments of the United States Constitution and under Article one of the constitution of State of Connecticut.

20. Plaintiff has suffered from chronic hip and knee pain combined with severe degenerative joint disease. Plaintiff is currently under physician care for chronic arthritis in his knees.

21. Wherefore, the plaintiff request this court to assess compensatory damages against each defendant, Jointly and severally in at least the following amounts,

    a. Personal Suffering $50.000
    b. Emotional distress $50.000
    c. Humiliation $50.000

22. Plaintiff further request punitive damages each defendant, plus costs and any other and further relief as the court may deem just and equitable.

Dated September 8th, 2017

Jury Trial Requested

    Respectfully Submitted

    By Leroy Harris
    Leroy Harris #123415
    Corrigan C.I.
    986 norwich new-london
    uncasville, CT 06382