# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY HARRIS | : | CIVIL NO. 3:17CV1614 (AWT) |
| VS. | : | |
| FIGURA, ET AL. | : | MARCH 15, 2019 |

## AFFIDAVIT OF RAUN KUDZAL

I, Ruan Kudzal, hereby depose and state:

1. I am over the age of 18 and believe in the obligations of an oath.

2. I am currently a correction officer at Corrigan Radgowski CC. I have worked there since 2008.

3. In June of 2016, I was assigned as a property officer in the Admitting and Processing Room (A & P Room). When inmates transfer into and out of Corrigan Radgowski CC, inmates are processed in the A & P room. As the property officer, my responsibility is to go through the inmate's property box(es) and make sure the inmate's property complies with DOC's directive. I make sure that the inmate does not have any contraband in his property and does not have an excess number of items permitted in the directive.

4. Although it was not my primary responsibility, I would also strip search inmates during processing if the shakedown officer needed assistance.

5. Shortly after an inmate is admitted and processed, he is then seen by a member of the medical staff for screening purposes. This screening occurs in the A & P Room.

6. According to the RT60 record, Mr. Harris transferred to Corrigan Radgowski CC on June 14, 2016.

7. I do not recall whether I processed Mr. Harris when he transferred here or whether I confiscated his knee brace.

8. There is a facility policy that prohibits inmates from having metal property because of safety and security concerns. An inmate can easily sharpen metal into a shank and can use it to harm himself, other inmates, and staff.

9. If Mr. Harris transferred into Corrigan with a metal knee brace, I would have confiscated it pursuant to facility protocol while he was admitted and processed. Mr. Harris would then be seen in the A & P Room by medical staff so that they could screen him and address any of his medical concerns. I assume this would include any issues regarding his knee and any alternative knee braces.

# VERIFICATION

I, Raun Kudzal, hereby certify that I have reviewed the above responses and that they are true and accurate to the best of my knowledge and belief.

*[signature]*
Raun Kudzal

Subscribed and sworn to before me this 21 day of March, 2019.

*[signature]*
Commissioner of the Superior Court
Notary Public
My Commission Expires on: 2/28/22

KATHERINE ELIZABETH IOZZIA
NOTARY PUBLIC
My Commission Expires February 28, 2022

3