# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

LEROY HARRIS                          CIVIL NO. 3:17cv1614 (AWT)

VS.

FIGURA, ET AL                         JUNE 25, 2019

## PLAINTIFF'S AFFIDAVIT IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, LEROY HARRIS, being duly sworn, depose and say:

1. That I am over the age of 18 years and believe in the obligation of an oath.

2. That I am the plaintiff in the above referenced matter.

3. On June 16, 2016 I was transferred to the Corrigan Radgowski Correctional Center from McDougall-Walker Correctional Institution.

1. While at McDougall-Walker I was allowed to wear a metal hinged knee brace on my right knee pursuant to approval from Utilization Review Committee dated May 6, 2003, a copy of which is attached as Exhibit A.

2. I wore that same metal knee brace on my right knee for all the time I was at McDougall.

3. When I arrived at Corrigan I was processed by Officer Kudzal who removed and confiscated my metal hinged knee brace during the search and before admission.

4. The metal hinged knee brace had been prescribed for me when I was a prisoner at Corrigan by my physician at the UConn Heath Center due to a long standing knee injury. I was allowed to keep my cane by Officer Kudzal.

5. The next day I wrote and filed an inmate request to the medical department explaining the situation concerning my hinged knee brace. I placed it in the inmate request box as required.

6. I did not receive a response to my June 17, 2016 request and on June 19, 2016 I filed a second inmate request again explaining the situation and requesting the return of my hinged knee braces. I placed it in the inmate request box as required.

1

7. On June 20, 2016 I wrote an inmate request to the ADA liaison explaining the situation. On June 22, 2016 I filed an inmate administrative remedy grievance about what had occurred on my intake and regarding my serious medical needs. I placed it in the inmate request box as required.

8. I never received any response to any of these grievances, and on June 18, 2016 I spoke directly to the duty warden to explain the situation who indicated that he would take care of the matter but such was never done.

9. In July 2016 I spoke with Warden Santiago about the situation with regard to my knee braces, and I indicated that I never received any responses. Warden Santiago indicated that he would get back to me but never did.

10. In October 2016 I spoke with Warden Zegarzewski about the situation regarding my hinged knee braces and he indicated that he would look into it but never received a response.

11. I have followed the full administrative procedures as required by the correctional facility and deposited the appropriate forms in an inmate mailbox which was observed by other inmates. I have never received a response from the facility with regard to my grievances.

12. I was familiar with the grievance process by reading about it in the correctional library and my speaking with other inmates.

13. In addition to witnesses to me depositing my grievances on the forms provided in the mailbox provided, cameras within the facility should have recorded my activities in this regard.

14. The failure to have the diagnosed and prescribed knee braces caused damage to my right knee inasmuch as X-rays taken at the UConn Health Center before and after my incarceration showed increased degrees of valgus in my right knee (see Exhibit B attached).

15. The approval from the Utilization Review committee was sufficient to require Officer Kudzma not to seize my knee braces at processing as it was part of my file.

16. When I complained to Officer Kudzma on June 16, 2016 that I needed my medical knee brace and that it had been approved by the Utilization Review Committee he said, "I don't care'. He was deliberately indifferent to my medical needs.

17. Eventually I was told by Dr. Figura that my hinged knee brace had been discarded.

18. I make this Affidavit upon my best information and belief and in opposition to Defendant's Motion for Summary Judgment.

_____
LEROY HARRIS

Subscribed and sworn to before me this 25 day of June, 2019.

_____
JONATHAN J. EINHORN
COMMISSIONER OF THE SUP. COURT