## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

LEROY HARRIS                                          CIVIL NO. 3:17cv1614 (AWT)

VS.

FIGURA, ET AL                                         JUNE 26, 2019

### PLAINTIFF'S LOCAL RULE 56(a)1 STATEMENT

Plaintiff hereby responds to Defendants' Local Rule 56(a)1 Statement as follows:

**A. As to Undisputed Issues of Material Fact**

1. Admitted

2. Unknown to the plaintiff

3. Admitted

4. Admitted

5. Unknown to the plaintiff, but Officer Kudzal both processed the plaintiff and confiscated his knee brace.

6. Admitted, with exceptions.

7. Denied

8. Admitted

9-36. Not applicable. The case was withdrawn as to these defendants.

36(sic). Partially Admitted. The knee was still needed for stability and alignment.

37. Admitted

38. Admitted

39. Denied. X-rays show damage over prior damage.

40. Admitted

41. Admitted

42. Admitted

43. Admitted

44. Admitted

45. Denied

46. Denied.

47. Admitted.

48. Unknown to the plaintiff.

49. Admitted

50. Denied

B. **Disputed Issues Of Material Fact**

1. Whether a material question of fact exists as to whether or not plaintiff exhausted his administrative remedies.

2. Whether the Defendant is entitled to qualified immunity for his conduct in removing the plaintiff's knee brace.

3. Whether the approval by the Utilization Review Committee allowed plaintiff to retain knee braces while in custody

        THE PLAINTIFF

        /s/ Jonathan J. Einhorn

        JONATHAN J. EINHORN
        129 WHITNEY AVENUE
        NEW HAVEN, CONNECTICUT 06510
        Federal Bar No. ct00163
        203-777-3777

CERTIFICATION

I hereby certify that on this 26th day of June, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF System.

/s/ Jonathan J. Einhorn
JONATHAN J. EINHORN